THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID KLAP-

HOLZ, Appellant. Judgment of conviction of the Court of Special Sessions reversed, and defendant discharged, on the ground that there is no evidence that he entered the vestibule of the building with intent to commit a crime. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.